# JSL

## JEROME S. LEVY - Attorney-Mediator

Suite 700 • 100 Crescent Court • Dallas, Texas 75201
214/459-6440 • Fax 214/459-6441 • E-mail: levymediator@aol.com

January 6, 2010

RECEIVED
JAN 1 1 2010
Chambers of
Judge Jane Boyle

Judge Jane J. Boyle
United States District Court
1376 Earle Cabell Federal Blvd.
1100 Commerce St.
Dallas, TX  75242

>  Re:  Angela White vs. Kaufman County
>       Cause Number:  3:09-CV-00413-B

Dear Judge Boyle:

Yesterday the respective counsel and their principals in the White vs. Kaufman County case mediated the dispute with me.

I am pleased to report to the Court that a full, voluntary settlement of the dispute was achieved by the parties at mediation. Counsel for the parties will prepare the appropriate settlement documents and a joint order of disposition will be submitted to the Court in the near future.

Thank you for the opportunity to mediate this case.

Yours truly,

Jerome S. Levy

JSL\mcs

cc:  Andrew T. Hawkins, Esq.
     Sommer L. Walker, Esq.
     S. Cass Weiland, Esq.