UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGELA WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-0413-B |
| | § | |
| KAUFMAN COUNTY and TIMOTHY ROBERTSON, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

The mediator for this case has advised the Court the parties have reached an agreement which will settle this case. It is, therefore, **ORDERED** that the parties present an agreed final judgment or agreed order of dismissal to the Court by **February 5, 2010.**

SO ORDERED.

DATED January 14, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -